

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 24-3304 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:22-cr-05139-DGE-1 Western District of Washington, Tacoma |
| v. | |
| JOAO RICARDO DEBORBA, | ORDER |
| Defendant - Appellant. | |

Appellant's unopposed motion (Docket Entry No. 7) for an extension of time to file the opening brief is granted.

The opening brief is due October 15, 2024. The answering brief is due November 14, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT