# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-3304 |
| Plaintiff-Appellee, | D.C. No. 3:22-cr-05139-DGE |
| v. | Western District of Washington |
| JOÃO RICARDO DEBORBA, | |
| Defendant-Appellant. | |

## UNITED STATES' SECOND UNOPPOSED MOTION
## TO HOLD CASE IN ABEYANCE FOR 30 DAYS

On March 21, 2025, the Court granted the United States' unopposed motion to hold this appeal in abeyance for 30 days. Dkt. 44, 45. In its motion, the United States cited Executive Order 14206, *Protecting Second Amendment Rights*. The Attorney General has since created a Second Amendment Task Force related to that executive order.[1]

The United States' review of this case continues. The United States therefore requests that the Court hold the case in abeyance for another 30 days. At that time, the United States will inform the Court of the

---

[1] Attorney General's Memorandum, Apr. 8, 2025, https://www.justice.gov/ag/media/1395956/dl?inline.

status of its review and, if warranted, move for leave to file an amended response.

DeBorba, through counsel Becky Fish, does not oppose this motion.

April 18, 2025

                                    Respectfully submitted,

                                    TEAL LUTHY MILLER
                                    Acting United States Attorney

                                    *s/ Jonas Lerman*
                                    JONAS LERMAN
                                    TANIA M. CULBERTSON
                                    Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE

Under Federal Rule of Appellate Procedure 27(d)(A) and 32(g) and Ninth Circuit Rules 27-1, 32-1(e), and 32-3, I certify that this brief is proportionally spaced in 14-point Century Schoolbook font and contains 123 words (equivalent to 0.4 pages under the 280-word conversion formula in Circuit Rule 32-3(2)).

April 18, 2025

                                       *s/ Jonas Lerman*
                                       JONAS LERMAN
                                       Assistant United States Attorney